[No. 15989-9-II.    Division Two.    January 25, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RAYMOND CHANEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00642-1, James I. Maddock, J., entered April

15, 1992. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Alexander, J. Pro Tem.